UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

| | |
|---|---|
| In re Frederick Anthony Lucies, | Case No. 11-10780 CAB |
| Debtor. | Chapter 7 |

## OBJECTION/COUNTER-BID RE TRUSTEE'S NOTICE OF INTENT TO SELL PURSUANT TO 11 USC 363(b)

Shirley White and Matthias Lehner make this Objection/Counter Bid concerning the Trustee's Notice of Intent to sell Violin (Docket No.35 "Notice"). In support of this Counter-Bid we submit the following:

1. Shirley White and Matthias Lehner counter bid on the violin in the amount of $16,500.
2. We wish to bid only on the violin and not the bow.
3. As required by the Notice, Shirley White has submitted a deposit to the Trustee in the amount of $1,000. A copy of the check is attached as Exhibit A.
4. Shirley White has provided notice of this Counter-Bid as required by Section 7 (Objection/Counter-Bid RE Trustee's Notice of Intent to Sell Pursuant to 11 USC363 (b)) via US Mail to the following parties:

Raymond J Obuchowski
PO Box 60
Route 107
Bethel, VT 05032

Miguel Mariano Menchu
276 Independence Dr
Chestnut Hill, Ma 02467

Lorie A Cartwright
16 High St
Brattleboro, VT 05301

Joyce Otterstrom c/o
Knute Rife
Rife Law Office
PO Box 2941
Salt Lake City, UT 84110

5. Shirley White requests that she be allowed to attend the hearing/sale on Aug 17, 2012 via telephone if unable to be there in person.

Dated this 8th of August, 2012

*[signature]* — 104 James St.
Greenfield, MA. 01301

*[FILED 2012 AUG 10 PM 2 28 US BANKRUPTCY COURT DISTRICT OF VERMONT]*

# EXHIBIT A

2

JUNE I. DRUCKER
SHIRLEY A. WHITE
104 JAMES STREET
GREENFIELD, MA 01301

617
53-7093/2118
BRANCH 5

Pay to the Order of: Raymond Obuchowski, Bankruptcy est. of Frederick Lucies

Date: August 8, 2012

$ 1000—

One Thousand Dollars and No/100 ——————— Dollars

EASTHAMPTON SAVINGS BANK

For: Bankruptcy est of Frederick Lucies

⑆ 211870935 ⑆    4099708380 ⑈    0617