UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: | ) |
| | ) |
| FREDERICK ANTHONY LUCIES | ) Case No. 11-10780 CAB |
| | ) *Chapter 7 Case* |
| Debtor. | ) |

**ORDER APPROVING TRUSTEE'S NOTICE OF INTENT TO SELL A 4/4 VIOLIN, LABELED LAURENTIUS STORIONI, fecit CREMONAE 1776, WITH CASE, AND a 4/4 VIOLIN BOW, STAMPED ALBERT NURNBERGER AT PRIVATE SALE TO JOYCE OTTERSTROM OF SALT LAKE CITY, UTAH FOR THE NEGOTIATED SUM OF $21,650.00, REPRESENTING $21,000 FOR THE VIOLIN AND $650 FOR THE VIOLIN BOW PURSUANT TO 11 USC s 363(b)**

**UPON CONSIDERATION** of the Trustee's Notice of Intent to sell a 4/4 violin, labeled Laurentius Storioni, fecit Cremonae 1776, with case, and a 4/4 violin bow, stamped Albert Nurnberger at private sale to Miguel Mariano Menchu for the negotiated sum of $15,400, pursuant to 11 USC § 363(b); and Bankruptcy Rules 6004(a) & (c) and Vt. LBR 6004-1(b), with such property more particularly described in the Notice of Intent, dated July 19, 2012, such Notice of Intent to Sell having been served and transmitted to all creditors and parties of interest in accordance of Bankruptcy Rules 2002 and 6004, the Notice having provided such parties an opportunity to object and/or counter-offer or bid, with request of hearing having been provided to such parties, and with two objections/counter-offers having been timely filed with said bids and objections heard and considered at a court-conducted auction on August 17, 2012.

**IT IS ORDERED** that the Trustee is **AUTHORIZED** to sell property, being a 4/4 violin, labeled Laurentius Storioni, fecit Cremonae 1776, with case, and a 4/4 violin bow, stamped Albert Nurnberger for the negotiated sum of $21,650.00 representing $21,000 for the violin and $650 for the violin bow to Joyce Otterstrom of Salt Lake City, Utah, the successful bidder at the Court auction conducted on August 17, 2012.

**IT IS FURTHER ORDERED** that the Trustee Raymond J. Obuchowski is authorized to execute any and all documents necessary to effectuate such transfer and related to the closing of such transfer.

**DATED** at Rutland, Vermont, this _____ day of August, 2012.

_____
Honorable Colleen A. Brown
U. S. Bankruptcy Judge